# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| RICKEY COLLINS, | ) |
|     Plaintiff, | ) ) ) |
| vs. | )   Case No. 4:15-CV-01231-AGF ) |
| THE CITY OF PINE LAWN, MISSOURI, et al., | ) ) ) |
|     Defendants. | ) ) |

## MOTION TO VOLUNTARILY DISMISS SYLVESTER CALDWELL AS A DEFENDANT AND COUNTS XIII, XIV, AND XXI WITH PREJUDICE

NOW COMES Plaintiff, Rickey Collins, by and through his undersigned attorneys, Michael Brunton and Brunton Law Offices, P.C., and hereby stipulate and agree to **DISMISS WITH PREJUDICE** Counts XIII, XIV, and XXI and Defendant Sylvester Caldwell from the Second Amended Complaint in the above-captioned matter by consent of the parties and in compliance with Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party bearing his own attorneys' fees and costs.

| BRUNTON LAW OFFICE, P.C. | BARKLAGE AND BRETT |
|---|---|
| /s/ Michael J. Brunton | /s/ Joel D. Brett (w/consent) |
| Michael J. Brunton, #6206663IL | Joel D. Brett, #33471MO |
| Mary M. Stewart, #38594 | 211 N. Third Street |
| Brunton Law Office | St. Charles, MO 63301 |
| 819 Vandalia (HWY 159) | *Attorneys for Defendant Sylvester Caldwell* |
| Collinsville, IL 62234 | |
| *Attorney for Plaintiff* | |

## CERTIFICATE OF SERVICE.

I hereby certify that on July 10, 2017, a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system.

                                                                                       /s/ Michael J. Brunton