# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| RICKEY COLLINS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:15-CV-01231-AGF |
| THE CITY OF PINE LAWN, MISSOURI, , | ) ) ) ) |
| Defendant. | ) ) |

## STIPULATION FOR DISMISSAL

It is hereby stipulated that Plaintiff's cause of action against all Defendants has been settled and shall be dismissed with prejudice with each party to pay its own costs.

BRUNTON LAW OFFICE, P.C.

/s/ Michael J. Brunton
Michael J. Brunton, #42877
Mary M. Stewart, #38594
Brunton Law Office
819 Vandalia (HWY 159)
Collinsville, IL 62234
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE.

I hereby certify that on July 13, 2017, a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system.

/s/ Michael J. Brunton